# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CARROLL BAILEY, JR., AND
SANDI BAILEY, INDIVIDUALLY
AND ON BEHALF OF THEIR MINOR
CHILD, WYATT BAILEY, AND
DELTA BAILEY

VERSUS

MELANIE BOYKIN, JANICE
HOLLAND, TWO WINGS COMMUNITY
HEALTH SERVICES, LLC, AND
GEICO GENERAL INSURANCE
COMPANY

NO.   2024 CW 0798

**JANUARY 13, 2025**

---

In Re:    Melanie Boykin, applying for supervisory writs, 21st
          Judicial District Court, Parish of Tangipahoa, No.
          20200002031.

---

BEFORE:    **THERIOT, HESTER, AND EDWARDS, JJ.**

   **WRIT DENIED.**

                         MRT
                         CHH
                         BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
   FOR THE COURT